RAND'S REFUSE REMOVAL, INC., PLAINTIFF-RESPOND-
ENT, v. BOROUGH OF FAIR LAWN, *ET AL.*, DEFEND-
ANTS-RESPONDENTS, CROSS-PETITIONERS, AND
FRANK CAPASSO, *ET AL.*, DEFENDANTS-PETITIONERS,
CROSS-RESPONDENTS.

*Messrs. Budd, Larner & Kent* for the petitioners, cross-
respondents.

*Mr. Walter H. Jones* and *Mr. Morris Dobrin* for the re-
spondents, cross-petitioners.

October 17, 1960. Denied.

JAMES MARTY, PLAINTIFF-PETITIONER, v. ERIE RAIL-
ROAD COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Golden & Golden* and *Messrs. Levy, Lemken &
Margulies* for the petitioner.

*Messrs. Lamb, Langan & Blake* for the respondent.

October 17, 1960. Denied.